PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Rolando Hernandez Cr.: 2:99CR-285-004

Name of Sentencing Judicial Officer: Joseph A. Greenaway, Jr.

Date of Original Sentence: 03/06/00

Original Offense: 21:846 Conspiracy to Distribute Heroin

Original Sentence: 41 months Imprisonment

Type of Supervision: 5 years Supervised Release Date Supervision Commenced: 10/04/02

## PETITIONING THE COURT

[ ] To extend the term of supervision for Years, for a total term of Years.
[X] To modify the conditions of supervision as follows. The addition of the following special condition(s):

Defendant shall be placed on curfew for a period of 30 days. During this time, defendant will remain at defendant's place of residence between the hours of 6:00 a.m. to 7 p.m. each day unless granted permission, in advance by the Probation Office to be elsewhere. The defendant may be required to wear an electronic monitoring device, to comply with telephone equipment restrictions, and to follow electronic monitoring procedures specified by the Probation Office to facilitate the monitoring process. Further the defendant shall be required to contribute costs of services for such monitoring not to exceed an amount determined reasonable by the Probation Office based on ability to pay and in conformance with the Probation Office's building Sliding Scale for Electronic Monitoring Services.

## CAUSE

Mr. Hernandez traveled to Santo Domingo, DR on or about 06/06/06 without the permission of his probation officer.

Respectfully submitted,

By: Kevin P. Egli
U.S. Probation Officer

Date: 07/17/06

PROB 12B - Page 2
Rolando Hernandez

THE COURT ORDERS:

[ ] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

_____7-24-06_____
Date

PROB 49
(4/05)

# United States District Court

District of New Jersey

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Defendant shall be placed on curfew for a period of __30__ days. During this time, defendant will remain at defendant's place of residence between the hours of _6:00 A.M._ and _7:00 P.M._ each day unless granted permission, in advance by the Probation Office to be elsewhere. The defendant may be required to wear an electronic monitoring device, to comply with telephone equipment restrictions, and to follow electronic monitoring procedures specified by the Probation Office to facilitate the monitoring process. Further the defendant shall be required to contribute the costs of services for such monitoring not to exceed an amount determined reasonable by the Probation Office based on ability to pay and in conformance with the Probation Office's Sliding Scale for Electronic Monitoring Services.

Witness: _____
U.S. Probation Officer

Signed: _____
Probationer or Supervised Releasee

Date: 7-7-06